ACCEPTED
01-14-00027-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/13/2015 5:03:02 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00027-CV**

IN THE FIRST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/13/2015 5:03:02 PM
CHRISTOPHER A. PRINE
Clerk

**TORY HOUSE, ET AL.,**
**Appellants**
**v.**

**THE O'QUINN LAW FIRM, JOHN M. O'QUINN & ASSOCIATES, L.L.P., AND T. GERALD TREECE, AS INDEPENDENT EXECUTOR OF THE ESTATE OF JOHN M. O'QUINN, DECEASED,**
**Appellees**

Appeal from Cause No. 392,247-414
In Probate Court No. 2 of Harris County, Texas

**MOTION FOR EXTENSION OF TIME TO FILE
BRIEF OF APPELLEES THE O'QUINN LAW FIRM, JOHN M. O'QUINN
& ASSOCIATES, L.L.P, AND T. GERALD TREECE AS INDEPENDENT
EXECUTOR OF THE ESTATE OF JOHN M. O'QUINN, DECEASED**

| | |
|---|---|
| Levon G. Hovnatanian | Dale Jefferson |
| Texas Bar No. 10059825 | Texas Bar No. 10607900 |
| *hovnatanian@mdjwlaw.com* | *jefferson@mdjwlaw.com* |
| Bruce E. Ramage | Raul H. Suazo |
| Texas Bar No. 16492500 | Texas Bar No. 24003021 |
| *ramage@mdjwlaw.com* | *suazo@mdjwlaw.com* |

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

| | |
|---|---|
| Kenneth R. Breitbeil | Norma N. Bennett |
| Texas Bar No. 02947690 | Texas Bar No. 24028492 |
| *kbreitbeil@mcfall-law.com* | *nbennett@mcfall-law.com* |

MCFALL, BREITBEIL & EIDMAN, P.C.
1331 Lamar Street, Suite 1250
Houston, Texas 77010
(713) 590-9300 – Telephone
(713) 590-9399 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Come now appellees The O'Quinn Law Firm, John M. O'Quinn & Associates, L.L.P., and T. Gerald Treece, as Independent Executor of The Estate of John M. O'Quinn, Deceased ("Appellees"), and respectfully move for a 42-day extension of time to file their brief. The Appellees have requested and received one previous extension of time (of 30 days) to file their brief.

The current deadline for the Appellees' brief is Friday, December 19, 2014. This motion is e-filed on Tuesday, January 13, 2015, and is therefore timely filed. *See* TEX. R. APP. P. 38.6(d) ("A motion to extend the time to file a brief may be filed before or after the date a brief is due.").

The facts reasonably relied upon to explain the need for a 42-day extension of time are as follows. First, over the Christmas holidays Appellees' counsel Levon Hovnatanian began experiencing excruciating back and leg pain. Mr. Hovnatanian was taken to an emergency room where his condition was diagnosed as a herniated disk. He was placed on strong pain medication for several days, followed up with a neurologist, had an MRI, and is to begin physical therapy when able. These circumstances have negatively affected the amount of time Mr. Hovnatanian has been able to spend in the office.

Second, as managing partner of his law firm, Mr. Hovnatanian has been obligated to undertake and complete pressing end-of-the-year firm administrative

1

matters. This year, as in past years, these issues commenced during the late days of November, continued through the month of December, and will conclude in late January, 2015.

Third, along with his current physical disorder and seasonal administrative duties, Mr. Hovnatanian, when able, has performed the following recent legal work:

1. Mr. Hovnatanian is assisting in preparing the appellant's reply brief, due on January 29, 2015, in Cause No. 01-14-00133-CV; *United Services Automobile Association v. Joseph Hayes, Jr. and Joanne Hayes*; in the First Court of Appeals.

2. Mr. Hovnatanian assisted in the filing on January 12, 2015, of the appellants' reply brief in Cause No. 01-13-00963-CV; *Medical Discount Pharmacy, L.P., LifeChek Rosenberg GP, Inc., LifeChek, Inc., and Bruce V. Gingrich, Individually, Appellants v. State of Texas, Appellee*; in the First Court of Appeals.

3. Mr. Hovnatanian prepared, and, on December 15, 2014, filed the response to the petition for review on behalf of respondent Safeco Surplus Lines, in Case No. 14-08442; *Mohammed Khan, Petitioner v. Safeco Surplus Lines, Crawford & Company and Gary Whightsil, Respondents*; in the Supreme Court of Texas.

4. Mr. Hovnatanian assisted in preparing the appellees' brief in Cause No. 14-20224; *Ambre Bodle, Leslie Meech, Plaintiffs–Appellants v. TXL Mortgage Corporation, William Dale Couch, Individually, Defendants–Appellees*; in the United States Court of Appeals for the Fifth Circuit, which was filed with corrections on December 2, 2014.

Based on the above, The O'Quinn Law Firm, John M. O'Quinn & Associates, L.L.P., and T. Gerald Treece, as Independent Executor of The Estate of John M. O'Quinn, Deceased, respectfully request a 42-day extension of time to file their brief, that is, to and including Friday, January 30, 2015.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
    Levon G. Hovnatanian
    State Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
    Bruce E. Ramage
    Texas Bar No. 16492500
    *ramage@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**ATTORNEYS FOR T. GERALD TREECE, AS INDEPENDENT EXECUTOR OF THE ESTATE OF JOHN M. O'QUINN, DECEASED**

By: */s/ Kenneth R. Breitbeil*

Kenneth R. Breitbeil
Texas Bar No. 02947690
*kbreitbeil@mcfall-law.com*
Norma N. Bennett
Texas Bar No. 24028492
*nbennett@mcfall-law.com*

MCFALL, BREITBEIL & EIDMAN, P.C.
1331 Lamar Street, Suite 1250
Houston, Texas 77010
Telephone: (713) 590-9300
Facsimile: (713) 590-9399

**ATTORNEYS FOR THE O'QUINN LAW FIRM AND JOHN M. O'QUINN & ASSOCIATES, L.L.P.**

## CERTIFICATE OF CONFERENCE

This is to certify that I attempted to contact Mr. Martin Siegel, counsel for appellants Tory House, et al., on January 13, 2015, regarding whether he opposes this motion, but could not reach him.

By: */s/ Levon G. Hovnatanian*

Levon G. Hovnatanian

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated motion for extension of time to file brief of appellees contains 518 words.

By: */s/ Levon G. Hovnatanian*

Levon G. Hovnatanian
January 13, 2015

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing motion for extension of time to file brief of appellees has been served upon the following counsel of record via the method(s) indicated on this, the 13th day of January, 2015.

Martin J. Siegel
*martin@siegelfirm.com*
LAW OFFICES OF MARTIN J. SIEGEL
700 Louisiana Street, Suite 2300
Houston, TX  77002
*(via e-Filing and e-mail)*
*(Attorney for Appellants Tory House, et al.)*

Jerry Pusch
*pusch@midtownlaw.net*
LAW OFFICE OF JERRY PUSCH
2701 Louisiana Street
Houston, TX  77006
*(via e-Filing and e-mail)*
*(Attorney for Appellants Tory House, et al.)*

Jim Peacock
*jimpeacock@msn.com*
LAW OFFICES OF JIM L. PEACOCK
112 East 4th Street
Houston, TX 77007-2502
*(via e-Filing and e-mail)*
*(Attorney for Appellee Abel Manji)*

By: */s/ Levon G. Hovnatanian*
Levon G. Hovnatanian